# United States District Court
## Southern District of Georgia

AARON N. WEBB,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 119-057

DEPARTMENT OF CORRECTIONS
COMMISSIONER; DR. ALSTON; DR. SURAJ;
UNIT MANAGER HARRISON; and
WARDEN PHILBEN,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated March 29, 2019 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, that Plaintiff is denied to proceed in forma pauperis and this action is dismissed without prejudice; furthermore, Plaintiff must initiate a new lawsuit by submitting a new complaint if he wishes to proceed with the claims raised in this lawsuit. This case stands closed.



05/29/2019
Date

Scott L. Poff
Clerk

/s/ Jamie Hodge
(By) Deputy Clerk